No. 6217.

LUM WOOD *v.* THE STATE.

INFORMATION is insufficient to charge an offense unless it concludes with the words: "Against the peace and dignity of the State." The com· plaint, however, being a good one and sufficient to sustain an informa- tion, the cause is not dismissed, but is remanded in order that a valid information may be filed upon the complaint.

APPEAL from the County Court of Callahan. Tried below before the Hon. J. McIlhaney, County Judge.

The conviction was for carrying a pistol, and the penalty assessed by the verdict was a fine of twenty-five dollars and twenty days in the county jail. The opinion discloses the case.

No brief for the appellant.

*W. L. Davidson,* Assistant Attorney General, for the State.

WILLSON, JUDGE. The information upon which the convic- tion in this case is based is fatally defective, because it does not conclude "against the peace and dignity of the State." (Code Crim. Proc., art. 430; Thompson v. The State, 15 Texas Ct. App., 39.) Wherefore the conviction must be and is, set aside; but, the complaint being in all respects a sufficient one, a valid information may be presented upon it, and the prosecution will not therefore be dismissed, but the cause is remanded that an- other information may be presented should the county attorney see proper to so do.

*Reversed and remanded.*